# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

| | | |
|---|---|---|
| **STACIE A. LENOIR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:15-cv-214-SA-DAS** |
| | ) | |
| **FRED'S STORES OF TENNESSEE, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the parties, and for good cause shown,

It is hereby ORDERED, ADJUDGED and DECREED that this matter is dismissed with prejudice, with each party to bear its own costs, attorney's fees, and expenses.

SO ORDERED AND ENTERED THIS 3rd day of April, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

WSACTIVELLP:9082562.1